## FRANKLIN L. FRANK *v.* LEON E. COOPER ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 18688) is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Leon E. Cooper*, pro se, in support of the petition.

Decided March 17, 1999